1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LONNIE K. HOWLAND,                          No.  2:15-cv-1079-KJN

12                Plaintiff,

13          v.                                     ORDER

14    COMMISSIONER OF SOCIAL
      SECURITY,
15

16                Defendant.

17

18          The court's records show that plaintiff has not yet indicated whether or not he consents to

19    the jurisdiction of a magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).

20    Accordingly, within fourteen (14) days of this order, plaintiff shall file a brief statement

21    indicating whether or not he consents to the jurisdiction of a magistrate judge for all purposes,

22    including the entry of final judgment, pursuant to 28 U.S.C. § 636(c).  Importantly, plaintiff is

23    under no obligation to so consent, but plaintiff's designation in that regard assists the court in

24    determining how the case will be administratively processed.

25          IT IS SO ORDERED.

26    Dated:  August 9, 2016

27

28
                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

                                                      1